

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| OEP Holdings, LLC, MVT Services, LLC, and Mesilla Valley Transportation Solutions, LLC, | § | No. 08-18-00226-CV |
| | § | Appeal from the |
| Appellants, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| Javier Rodriguez, | § | (TC# 2017-DCV-3020) |
| Appellee. | § | |
| | § | |

**O R D E R**

Pending before the Court is Appellant's motion for emergency stay pending resolution of this interlocutory appeal. The motion to stay is GRANTED. Accordingly, the trial court is ordered to stay all proceedings in cause number 2017-DCV-30204119, styled *Javier Rodriguez v. OEP Holdings, LLC, MVT Services, LLC, and Mesilla Valley Transportation Solutions, LLC*, pending resolution of this appeal or further order of this Court.

IT IS SO ORDERED this 2nd day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.